JOSEPHINE C. McGOEY, as Administratrix of the Estate of PETER J. McGOEY, Deceased, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued April 17, 1952; decided May 29, 1952.

*Paxton Blair, Frederick Travers* and *Harry H. Lipsig* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Fred Iscol* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.